| | |
|---|---|
| 1 | Alan J. Kessel (Cal. Bar No.: 130707) |
| 2 | Suzanne M. Burke (Cal. Bar No.: 188597)<br>Brandon Q. Tran (Cal. Bar No.: 223435) |
| 3 | **BUCHALTER, NEMER, FIELDS & YOUNGER**<br>A Professional Corporation |
| 4 | 18400 Von Karman Avenue, Suite 800<br>Irvine, California 92612-0514 |
| 5 | Telephone: (949) 760-1121<br>Facsimile: (949) 720-0182 |
| 6 | E-mail: sburke@buchalter.com |

Attorneys for Plaintiff DIRECTV, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**   *E-FILED - 6/29/05*

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>                Plaintiff,<br><br>    vs.<br><br>STEVE HANEY,<br><br>                Defendant. | Case No. CV-04-03561 RMW<br><br>Hon. Ronald M. Whyte<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT STEVE HANEY AND REQUEST TO RETAIN JURISDICTION; ORDER THEREON** |

IT IS HEREBY STIPULATED by and between Plaintiff DIRECTV, Inc. ("DIRECTV") and Defendant STEVE HANEY ("Defendant"), through their respective counsel of record, that the above-captioned action be and hereby is dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1), as to Defendant. Each of said parties to bear its/his own costs and attorney's fees.

The terms of the Confidential Settlement Agreement dated May 25, 2005 ("Agreement") entered into between the Defendant and DIRECTV require the performance of certain obligations by Defendant that will not be completed until July 2007. If the Defendant does not timely or fully perform these obligations when due, DIRECTV is authorized to seek enforcement of those obligations in this Court. The parties therefore have consented, and hereby further stipulate and consent to, the retention of jurisdiction over them by this Court and to

1  reference to a Magistrate Judge in this District for the purpose of enforcing those obligations of

2  the Agreement, as defined therein.  The parties therefore respectfully request that the Court retain

3  such jurisdiction.

4  DATED: June 27, 2005                    Respectfully Submitted,

5                                          BUCHALTER, NEMER, FIELDS & YOUNGER
                                           A Professional Corporation
6

7

8                                          By:         /s/ Suzanne M. Burke
                                                       Suzanne M. Burke
9                                          Attorneys for Plaintiff DIRECTV, Inc.

10 DATED: June 27, 2005                    PARR LAW GROUP

11

12
                                           By:         /s/ Shawn R. Parr
13                                                     Shawn R. Parr
                                           Attorneys for Defendant Steve Haney
14

## **ORDER**

HAVING READ AND CONSIDERED the forgoing Stipulation for Voluntary Dismissal of Defendant STEVE HANEY and Request to Retain Jurisdiction, and such other pleadings, documents and records deemed appropriate by the Court, and good cause appearing therefore, IT IS HEREBY ORDERED:

(1) Defendant STEVE HANEY is hereby dismissed from this action without prejudice;

(2) Each of said parties to bear its/his own costs and attorney's fees; and

(3) The Court shall retain jurisdiction over DIRECTV and Defendant STEVE HANEY to enforce the terms described above of the Settlement Agreement between those parties dated May 25, 2005 and hereby refers any further proceedings in this action to enforce such terms of the Settlement Agreement to a Magistrate Judge of this District.

Dated: 6/29/05

/S/ RONALD M. WHYTE
Honorable Ronald M. Whyte
United States District Court
Northern District of California

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.